IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TERRY L. RHINE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-06-303-RAW |
| | ) | |
| STEVEN BECK, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

Pursuant to the Order contemporaneously entered, the court hereby enters this Judgment pursuant to Rule 58 F.R.Cv.P. dismissing this action.

**ORDERED THIS 1st DAY OF MAY, 2008.**

**Dated this 1st Day of May 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma